# KML LAW GROUP, P.C.

| | | |
|---|---|---|
| MICHAEL T. MCKEEVER* | ATTORNEYS AT LAW | JILL P. JENKINS* |
| LISA A. LEE* | | JOSHUA I. GOLDMAN* |
| KRISTINA G. MURTHA* | | ALYK L. OFLAZIAN* |
| THOMAS I. PULEO | SUITE 5000 | COLLEEN M. HIRST* |
| DAVID B. FEIN* | BNY MELLON INDEPENDENCE CENTER | PAUL W. LUONGO* |
| BRIAN C. NICHOLAS* | 701 MARKET STREET | CAITLIN M. DONNELLY* |
| JAIME R. ACKERMAN* | PHILADELPHIA, PENNSYLVANIA 19106-1532 | VICTORIA W. CHEN* |
| LAUREN BERSCHLER KARL* | (215) 627-1322 | JOHN GORYL |
| *PA & NJ BAR | (866) 413-2311 | MATTHEW K. FISSEL* |
| | FAX (215) 627-7734 | MICHAEL J. CLARK* |
| | | NICHOLAS J. ZABALA* |
| | WWW.KMLLAWGROUP.COM | REBECCA A. SOLARZ* |
| | | NORA C. VIGGIANO* |
| | | MATTHEW J. MCCLELLAND |
| | | DENISE CARLON |
| | | CHRISTOPHER FORD |

December 28, 2016

Honorable Legrome D. Davis
United States District Court
Eastern District of Pennsylvania

RE:   UNITED STATES OF AMERICA vs. EPHRAIM A. RAMSEY
      Docket #16-06312

Dear Judge Davis:

    Pursuant to your request, the status of the above-mentioned case, is such that the summons and filed complaint were sent to this office on or about December 5, 2016. Per Fed.R.Civ.P. 4(d), we sent a waiver of service to the Defendant on December 9, 2016 and have allowed the party 30 days to return the waiver.

    Your Honor's consideration in this matter is greatly appreciated.

                                  Respectfully yours,

                                  KML LAW GROUP, P.C.

                                  Rebecca A. Solarz, Esq.