## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA; et seq.<br>Plaintiff (Petitioner)<br><br>v.<br><br>EPHRAIM A. RAMSEY; et al.<br>Defendant (Respondent) | CASE and/or DOCKET No.: 16-06312<br><br>Sheriff's Sale Date: _____ |

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, D'WAYNE HENRIKSSON, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served EPHRAIM A. RAMSEY the above process on the 12 day of January, 2017, at 4:56 o'clock, PM, at 7917 PICKERING STREET PHILADELPHIA, PA 19150, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By handing a copy to the Defendant(s)

Description: Approximate Age <u>41-45</u>   Height <u>6'1</u>   Weight <u>250</u>   Race <u>BLACK</u>   Sex <u>MALE</u>   Hair <u>BLACK</u>

Military Status: ☑ No   ☐ Yes   Branch: _____

Commonwealth/State of <u>PA</u>          )
                                      ) SS:
County of <u>Berks</u>                 )

Before me, the undersigned notary public, this day, personally, appeared <u>D'Wayne Henriksson</u> to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-158081
Case ID #: 4784762

Subscribed and sworn to before me this <u>13</u> day of <u>JAN</u>, 20<u>17</u>

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017